No. 88–6981.   RUMNEY v. UNITED STATES.   C. A. 1st Cir. Certiorari denied.

No. 88–7076.   HALVERSON v. BARBOUR, SUPERINTENDENT, TWIN RIVERS CORRECTIONAL CENTER AT MONROE, WASHINGTON. C. A. 9th Cir.   Certiorari denied.

No. 88–7083.   WILLIAMS v. DUGGER, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL.   C. A. 11th Cir.   Certiorari denied.

No. 88–7084.   PATTERSON v. TRANSWORLD DRILLING CO. C. A. 5th Cir.   Certiorari denied.

No. 88–7092.   BROOKS v. CITY OF ANNISTON, ALABAMA, ET AL. C. A. 11th Cir.   Certiorari denied.

No. 88–7094.   HARPER v. NIX, WARDEN, ET AL.   C. A. 8th Cir.   Certiorari denied.

No. 88–7095.   HOFFMAN v. PETSOCK, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT PITTSBURGH, ET AL.   C. A. 3d Cir.   Certiorari denied.

No. 88–7102.   ROSS v. ZIMMERMAN, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION (AND DIAGNOSTIC AND CLASSIFICATION CENTER) AT GRATERFORD, ET AL.   C. A. 3d Cir.   Certiorari denied.

No. 88–7103.   MARTIN v. COURT OF APPEALS OF MARYLAND ET AL.   C. A. 4th Cir.   Certiorari denied.

No. 88–7105.   DEAN v. WEST VIRGINIA ET AL.   C. A. 4th Cir. Certiorari denied.

No. 88–7115.   JOHNSON v. DISTRICT COURT OF WYOMING, FIRST JUDICIAL DISTRICT.   Sup. Ct. Wyo.   Certiorari denied.

No. 88–7117.   WALKER v. OHIO.   Ct. App. Ohio, Stark County. Certiorari denied.

No. 88–7141.   AL-HAKIM v. TAMPA CITY COUNCIL.   C. A. 11th Cir.   Certiorari denied.

No. 88–7150.   VELILLA v. CONNECTICUT ET AL.   C. A. D. C. Cir.   Certiorari denied.